ENYART ET AL., APPELLEES, *v.* COLUMBUS METROPOLITAN AREA COMMUNITY ACTION ORGANIZATION, D.B.A. CMACAO, ET AL., APPELLANTS.

[Cite as *Enyart v. Columbus Metro. Area Community Action Org.* (1997), 79 Ohio St.3d 1214.]

(Nos. 96–1054 and 96–2235—Submitted June 11, 1997—Decided July 30, 1997.)

*Brenda B. Alleman,* for appellees.

*Otto Beatty, Jr.,* for appellants.

The appeals are dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.